IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Bibbs, Marlene | Case Number: 07 B 14723 |
|---|---|
|  | Judge: Wedoff, Eugene R |
| Printed: 03/24/09 | Filed: 8/15/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: January 29, 2009
Confirmed: October 25, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 9,015.08 |  |
| Secured: |  | 4,741.92 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,843.00 |
| Trustee Fee: |  | 491.02 |
| Other Funds: |  | 939.14 |
| Totals: | 9,015.08 | 9,015.08 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,843.00 | 2,843.00 |
| 2. | Ocwen Federal Bank FSB | Secured | 0.00 | 0.00 |
| 3. | Cook County Treasurer | Secured | 1,618.53 | 240.00 |
| 4. | City Of Chicago | Secured | 140.00 | 125.00 |
| 5. | Ocwen Federal Bank FSB | Secured | 28,903.71 | 4,376.92 |
| 6. | Asset Acceptance | Unsecured | 431.70 | 0.00 |
| 7. | Capital One | Unsecured | 2,089.94 | 0.00 |
| 8. | Jefferson Capital Systems LLC | Unsecured | 1,058.59 | 0.00 |
| 9. | Commonwealth Edison | Unsecured | 1,386.27 | 0.00 |
| 10. | Michael Reese Hospital And Medical Cntr | Unsecured | 25.00 | 0.00 |
| 11. | RMI/MCSI | Unsecured | 2,243.84 | 0.00 |
| 12. | Michael Reese Hospital And Medical Cntr | Unsecured | 25.01 | 0.00 |
| 13. | Portfolio Recovery Associates | Unsecured | 905.03 | 0.00 |
| 14. | Illinois Dept Of Human Services | Unsecured | 3,187.88 | 0.00 |
| 15. | Michael Reese Hospital And Medical Cntr | Unsecured | 25.00 | 0.00 |
| 16. | Sears Family Dental | Unsecured | 729.85 | 0.00 |
| 17. | American General Finance | Unsecured | 4,672.72 | 0.00 |
| 18. | Nicor Gas | Unsecured | 149.11 | 0.00 |
| 19. | Internal Revenue Service | Unsecured | 2,791.97 | 0.00 |
| 20. | H&F Law | Unsecured |  | No Claim Filed |
| 21. | Credit Management Co. | Unsecured |  | No Claim Filed |
| 22. | Dependon Collections Service | Unsecured |  | No Claim Filed |
| 23. | Discover Financial Services | Unsecured |  | No Claim Filed |
| 24. | Cache Inc | Unsecured |  | No Claim Filed |
| 25. | Dependon Collections Service | Unsecured |  | No Claim Filed |
| 26. | Nicor Gas | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Bibbs, Marlene | Case Number: 07 B 14723 |
|---|---|---|
| | | Judge: Wedoff, Eugene R |
| | Printed: 03/24/09 | Filed: 8/15/07 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Midland Credit Management | Unsecured | | No Claim Filed |
| 28. | Credit Protection Association | Unsecured | | No Claim Filed |
| | | | $ 53,227.15 | $ 7,584.92 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 176.47 |
| 6.5% | 193.63 |
| 6.6% | 120.92 |
| | $ 491.02 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: